NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

06-1111,-1112

MONSTER CABLE PRODUCTS, INC.,

Plaintiff-Appellant,

v.

THE QUEST GROUP
(doing business as Audioquest),

Defendant-Cross Appellant.

_____

DECIDED:  December 13, 2006
_____

Before GAJARSA, Circuit Judge, PLAGER, Senior Circuit Judge, and MOORE, Circuit Judge.

PLAGER, Senior Circuit Judge.

On the basis of District Judge Patel's thorough claim construction, Monster Cable Prods., Inc., v. The Quest Group, No. 04-0005 (N.D. Cal. Mar. 18, 2005), and her comprehensive analysis of the infringement issues, both literal and under the doctrine of equivalents, Monster Cable Prods., Inc., v. The Quest Group, No. 04-0005, 2005 WL 1875466 (N.D. Cal. Aug. 8, 2005), and after considering the parties' briefs and arguments, we affirm the appealed judgment of the district court in all respects.  In addition, we affirm the district court's rulings on the issues raised in the cross-appeal.